THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOE SAMM, Appellant, Impleaded with Others.— Judgment of conviction reversed on the law and facts and new trial granted, on the ground that the guilt of the defendant has not

been established beyond a reasonable doubt. All concur, except Hinman, J., dissenting.